

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Darrell Mitchell<br>DEFENDANT(S). | CASE NUMBER<br>2:19-CR-00149 JAK-2<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _defense counsel_, IT IS ORDERED that a detention hearing is set for _9/11/2019_, _____, at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _Maria A. Audero_, in Courtroom _341_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _Sept. 5, 2019_

U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)  Page 1 of 1